Matter of Burdick v Bath Cent. Sch. Dist. (2023 NY Slip Op 01460)

Matter of Burdick v Bath Cent. Sch. Dist.

2023 NY Slip Op 01460

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, AND MONTOUR, JJ. (Filed Mar. 17, 2023.) 

MOTION NO. (862/22) CA 21-01171.

[*1]IN THE MATTER OF MARGARET A. BURDICK, PETITIONER-APPELLANT, 
v
BATH CENTRAL SCHOOL DISTRICT, BATH CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION AND JOSEPH L. RUMSEY, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, RESPONDENTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.